# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCY GROSSO,<br><br>  Plaintiff,<br>v.<br><br>GRUMA CORPORATION dba MISSION FOODS, DANIEL JIMENEZ, and DOES 1 to 100, inclusive,<br><br>  Defendant. | Case No. 2:21-cv-04613-VAP-AGR<br><br>(Removed from Los Angeles Superior Court, Case No. 21STCV19162)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

## ORDER

GOOD CAUSE APPEARING pursuant to the Parties' Joint Stipulation to Dismiss With Prejudice, THE FOLLOWING IS HEREBY ORDERED:

the above-entitled matter is hereby dismissed with prejudice as to Plaintiff, each party to bear their own fees and costs, and judgment entered thereon.

Dated: February 7, 2022

_____
Hon. Virginia A. Phillips
Judge, United States District Court

ORDER GRANTING JOINT STIPULATION TO DISMISS

1914264.1